UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ST. BERNARD PORT, HARBOR | CIVIL ACTION |
| VERSUS | NO. 11-8 |
| VIOLET DOCK PORT, INC., LLC | SECTION "R" |

MOTION TO DISMISS PETITION FOR EXPROPRIATION
BY VIOLET DOCK PORT, INC., LLC
(REC. DOC. NO. 2)

**CASE MANAGER: JAY SUSSLIN**
**COURT REPORTER: SUSAN ZIELIE**

**APPEARANCES:** TIFFANY DAVIS
RANDALL SMITH
GEOFFREY ORMSBY
JAMES GARNER
CHARLES TABOR

Court begins.
All present and ready.
Counsel appear for the record.
Motion argued.
Matter SUBMITTED.
Court adjourned.

**JS-10: 00:50**